UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES ANTHONY,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES, ARON SOUSA, individually and in his official capacity, and DAWN MISRA, indiviruall and her official capacity.<br><br>        Defendant. | Case No. 1:25-cv-00189<br><br>Hon. Jane M. Beckering |

| | |
|---|---|
| David A. Nacht (P47034)<br>Fabiola A. Galguera (P84212)<br>NACHTLAW, P.C.<br>Attorneys for Plaintiff<br>501 Avis Drive, Suite 3<br>Ann Arbor, MI 48108<br>T: (734) 663-75500<br>E: dnacht@nachtlaw.com<br>E: fgalguera@nachtlaw.com | Matthew R. Daniels (P75601)<br>MSU Office of General Counsel<br>Attorney for Defendants<br>426 Auditorium Road, Room 494<br>East Lansing, MI 48823<br>T: (517) 353-4959<br>E: danie188@msu.edu |

**STIPULATION AND ORDER REGARDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

The parties, by and through undersigned counsel, stipulate as follows:

1.  The deadline for Defendants, Michigan State University Board of Trustees, Aron Sousa, and Dawn Misra ("Defendants") to respond to Plaintiff's First Amended Complaint is extended from Monday, April 28, 2025, to Monday, May 12, 2025.

2.  This stipulation does not constitute a waiver of any claim, right, objection, or defense, including all immunity defenses.

IT IS ORDERED that the deadline for Defendants to file first responsive pleadings in the above-captioned case is extended to Monday, May 12, 2025.

This order does not prejudice the parties hereto and in no way waives any claim, right, objection or defense, including any and all immunity defenses.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Jane M. Beckering

/s/ David Nacht

_____  _____

**\*Signed With Permission\***
David A. Nacht (P47034)
Fabiola A. Galguera (P84212)
NACHTLAW, P.C.
Attorneys for Plaintiff
501 Avis Drive, Suite 3
Ann Arbor, MI 48108
T: (734) 663-75500
E: dnacht@nachtlaw.com
E: gretcher@nachtlaw.com

Matthew R. Daniels (P75601)
MSU Office of General Counsel
Attorney for Defendants
426 Auditorium Road, Room 494
East Lansing, MI 48823
T: (517) 353-4959
E: danie188@msu.edu