UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ANTHONY,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES, ARON SOUSA,
*in his individual and official capacity,* and
DAWN MISRA, *in her individual and official capacity,*

    Defendants.

Case No. 1:25-cv-00189-JMB-RSK

Hon. Jane M. Beckering

| David A. Nacht (P47034) | Matthew Daniels (P75601) |
| Fabiola A. Galguera (P84212) | Office of General Counsel |
| NACHTLAW, P.C. | Attorneys for Defendant |
| Attorneys for Plaintiff | 426 Auditorium Road, Room 494 |
| 501 Avis Drive, Suite 3 | East Lansing, MI 48824 |
| Ann Arbor, MI 48108 | (517) 353-4959 |
| (734) 663-7550 | danie188@msu.edu |
| dnacht@nachtlaw.com | |
| fgalguera@nachtlaw.com | |

**STIPULATED ORDER EXTENDING PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS [ECF NO. 8]**

    NOW COME Plaintiff and Defendants, by their respective counsel, and hereby stipulate to extend the deadline for Plaintiff to respond to Defendants' Motion to Dismiss [ECF No. 8]. The parties agree that Plaintiff's new deadline to respond shall be June 16, 2025.

    IT IS HEREBY ORDERED that Plaintiff shall file a response to Defendants' Motion to Dismiss on or before June 16, 2025.

    This stipulation does not constitute a waiver of any claim, right, objection or defense on behalf of any and all defendants.

The Court adopts the parties' stipulation, and

IT IS SO ORDERED.

Dated: _____   _____
U.S. DISTRICT COURT JUDGE
Hon. Jane M. Beckering

Respectfully submitted:

/s/ Fabiola A. Galguera                      /s/ Matthew Daniels
Fabiola A. Galguera (P84212)          Matthew Daniels (P75601)
NACHTLAW, P.C.                            Office of General Counsel
Attorneys for Plaintiff                        Attorneys for Defendants
fgalguera@nachtlaw.com                danie188@msu.edu


Dated: June 9, 2025