**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JAMES ANTHONY,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES, ARON SOUSA,
*in his individual and official capacity,* and
DAWN MISRA, *in her individual and official capacity,*

    Defendants.

Case No. 1:25-cv-00189-JMB-RSK

Hon. Jane M. Beckering

| | |
|---|---|
| David A. Nacht (P47034)<br>Fabiola A. Galguera (P84212)<br>NACHTLAW, P.C.<br>Attorneys for Plaintiff<br>501 Avis Drive, Suite 3<br>Ann Arbor, MI 48108<br>(734) 663-7550<br>dnacht@nachtlaw.com<br>fgalguera@nachtlaw.com | Matthew Daniels (P75601)<br>Office of General Counsel<br>Attorneys for Defendant<br>426 Auditorium Road, Room 494<br>East Lansing, MI 48824<br>(517) 353-4959<br>danie188@msu.edu |

**STIPULATED ORDER EXTENDING PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS [ECF NO. 8]**

NOW COME Plaintiff and Defendants, by their respective counsel, and hereby stipulate to extend the deadline for Plaintiff to respond to Defendants' Motion to Dismiss [ECF No. 8]. The parties agree that Plaintiff's new deadline to respond shall be June 16, 2025.

IT IS HEREBY ORDERED that Plaintiff shall file a response to Defendants' Motion to Dismiss on or before June 16, 2025.

This stipulation does not constitute a waiver of any claim, right, objection or defense on behalf of any and all defendants.

The Court adopts the parties' stipulation, and

IT IS SO ORDERED.

Dated: June 10, 2025                     /s/ Jane M. Beckering
                                         U.S. DISTRICT COURT JUDGE
                                         Hon. Jane M. Beckering

Respectfully submitted:

/s/ Fabiola A. Galguera                  /s/ Matthew Daniels
Fabiola A. Galguera (P84212)             Matthew Daniels (P75601)
NACHTLAW, P.C.                           Office of General Counsel
Attorneys for Plaintiff                  Attorneys for Defendants
fgalguera@nachtlaw.com                   danie188@msu.edu


Dated: June 9, 2025