UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES ANTHONY,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES, ARON SOUSA, individually and in his official capacity, and DAWN MISRA, indiviruall and her official capacity.<br><br>  Defendant. | Case No. 1:25-cv-00189<br><br>Hon. Jane M. Beckering |

| | |
|---|---|
| David A. Nacht (P47034)<br>Fabiola A. Galguera (P84212)<br>NACHTLAW, P.C.<br>Attorneys for Plaintiff<br>501 Avis Drive, Suite 3<br>Ann Arbor, MI 48108<br>T: (734) 663-75500<br>E: dnacht@nachtlaw.com<br>E: fgalguera@nachtlaw.com | Matthew R. Daniels (P75601)<br>MSU Office of General Counsel<br>Attorney for Defendants<br>426 Auditorium Road, Room 494<br>East Lansing, MI 48823<br>T: (517) 353-4959<br>E: danie188@msu.edu |

**STIPULATION AND ORDER REGARDING DEFENDANTS' DEADLINE TO FILE THEIR REPLY BRIEF TO PLAINTIFF'S RESPONSE TO DEFENDANTS' <u>MOTION TO DISMISS</u>**

  The parties, by and through undersigned counsel, stipulate as follows:

  1.  The deadline for Defendants Michigan State University Board of Trustees, Dawn Misra individually and in her official capacity, and Aron Sousa individually and in his official capacity (the "MSU Defendants"), to reply to Plaintiff's Response to the MSU Defendants' Motion to Dismiss is extended from Monday, June 30, 2025, to Wednesday, July 3, 2025.

  2.  This stipulation does not constitute a waiver of any claim, right, objection, or defense, including all immunity defenses.

IT IS ORDERED that the deadline for the MSU Defendants to reply to Plaintiff's Response to the MSU Defendants' Motion to Dismiss is extended from Monday, June 30, 2025, to Wednesday, July 3, 2025.

This order does not prejudice the parties hereto and in no way waives any claim, right, objection or defense, including any and all immunity defenses.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Jane M. Beckering

/s/ Fabiola A. Galguera

_____

Fabiola A. Galguera (P84212)
*Signed With Permission*
NACHTLAW, P.C.
Attorneys for Plaintiff
501 Avis Drive, Suite 3
Ann Arbor, MI 48108
T: (734) 663-75500
E: dnacht@nachtlaw.com
E: fgalguera@nachtlaw.com

_____

Matthew R. Daniels (P75601)
MSU Office of General Counsel
Attorney for Defendants
426 Auditorium Road, Room 494
East Lansing, MI 48823
T: (517) 353-4959
E: danie188@msu.edu