UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ANTHONY,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES, et al.,

    Defendants.
_____/

Case No. 1:25-cv-189

HON. JANE M. BECKERING

**ORDER**

Pending before the Court is the parties' Stipulation to extend the reply deadline (ECF No. 13), seeking an extension of time, until July 3, 2025, for Defendants to file their reply to Plaintiff's response (ECF No. 12) to the motion to dismiss (ECF No. 8).  The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the Stipulation to extend the reply deadline (ECF No. 13) is GRANTED.  Defendants shall, not later than July 3, 2025, file their reply.

Dated: June 30, 2025

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge